THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUA SMITH, Appellant. [853 NYS2d 892]—

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Rivera, J.P., Santucci, Miller and Covello, JJ., concur.